IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PATRICK CRAWFORD, | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | Civil Action No. 3:14-CV-3918-N-BH |
| | § | |
| CITI-MORTGAGE INC., | § | |
| | § | |
| Defendant. | § | Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*CitiMortgage Inc.'s Motion to Dismiss*, filed December 15, 2014 (doc. 9) is **GRANTED.** By separate judgment, the plaintiff's claims against the defendant will be **DISMISSED with prejudice.**

**SIGNED** this 10th day of August, 2015.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS